■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD EVANS, Appellant. [995 NYS2d 914]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 7, 2002 (*People v Evans*, 298 AD2d 401 [2002]), affirming a judgment of the Supreme Court, Richmond County, rendered January 30, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Hinds-Radix, Duffy and LaSalle, JJ., concur.